IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JIMMY BEAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:17-cv-01572 |
| | ) Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**O R D E R**

On December 27, 2018, the magistrate judge issued a Report and Recommendation (Docket No. 22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is DENIED, and the Commissioner's decision is hereby AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 28th day of January 2019.

_____
ALETA A. TRAUGER
U.S. District Judge